1490-14

# ELECTRONIC RECORD

COA # 02-14-00390-CR        OFFENSE: 64.01

STYLE: Reginald D. Davis v. The State of Texas        COUNTY: Tarrant

COA DISPOSITION: DISMJR        TRIAL COURT: 297th District Court

DATE: 10/23/2014        Publish: NO        TC CASE #: 0851753D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Reginald D. Davis v. The State of Texas        CCA #: 1490-14

_____PRO SE_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____Refused_____        JUDGE: _____

DATE: 03/18/2015        SIGNED: _____        PC: _____

JUDGE: Per Curiam        PUBLISH: _____        DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**